UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| LEE ANNA BECKNELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 5: 17-490-DCR |
| V. | ) | |
| | ) | |
| UNIVERSITY OF KENTUCKY, | ) | |
| | ) | **ORDER** |
| Defendant. | ) | |

\*\*\*    \*\*\*    \*\*\*    \*\*\*

In accordance with General Order No. 16–5, and pursuant to the provisions of 28 U.S.C. § 455, the undersigned hereby **RECUSES** from further participation in the above–styled action.  Accordingly, it is hereby

**ORDERED** that pursuant to paragraph 1a of this Court's Assignment and Recusal Order filed May 18, 2016, this action is **REASSIGNED** by random draw to another judge assigned to accept civil cases in Lexington.

This 18th day of December, 2017.



Signed By:

*Danny C. Reeves* DCR

United States District Judge

- 1 -